UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20964-CIV-COOKE/O'SULLIVAN

NORTH POINTE CASUALTY
INSURANCE COMPANY,

    Plaintiff,

v.

BEMA BLOCK, et al.,

    Defendants.
_____/

**ORDER**

THIS MATTER is before the Court on the Plaintiff North Pointe Insurance Company's Motion for Final Default Judgment as it Pertains to Defendant Bema Block (DE# 71, 11/8/12). On December 5, 2012, United States District Judge Marcia Cooke entered a Default Judgment (DE# 88, 12/5/12) against defendant Bema Block pursuant to the instant motion. In that Default Judgment (DE# 88), Judge Cooke noted that:

> Plaintiff may be entitled to recover from Bema Block attorneys fees and expenses related to the defense of Bema Block in the underlying actions. Plaintiff shall submit evidence to show that it is entitled to receive attorneys fees and expenses related to the defense of Bema Block in the underlying actions as well as an accounting of the fees and expenses.

Default Judgment (DE# 88 at 2, 12/5/12). The undersigned has reviewed the docket and it does not appear that the plaintiff has submitted any documents or evidence supporting its request for fees and expenses from Bema Block. Accordingly, it is

ORDERED AND ADJUDGED that on or before **Friday, February 15, 2013**, "the Plaintiff shall submit evidence to show that it is entitled to receive attorneys fees and expenses related to the defense of Bema Block in the underlying actions as well as an accounting of the fees and expenses" as required by the Default Judgment (DE# 88).

"[E]ven in the absence of a response from the Defendants, the Court has a duty to ensure the Plaintiff's request for attorneys fees is reasonable." <u>Barrera v. Officina, Inc.</u>, No. 10-21382-CIV, 2012 WL 692212, at *1 (S.D. Fla. Mar. 2, 2012), citing <u>Hensley v. Eckerhart</u>, 461 U.S. 424, 433-434 (1983). **The plaintiff shall <u>promptly</u> provide a copy of this Order to Bema Block and file a notice of compliance with the Court.**

DONE AND ORDERED in Chambers at Miami, Florida this **15th** day of January, 2013.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Cooke
All Counsel of Record